

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARTREIL PRICE, | § | |
| | | No. 08-22-00093-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 41st District Court |
| THE STATE OF TEXAS, | § | |
| | | of El Paso County, Texas |
| State. | § | |
| | | (TC# 20200D03812) |
| | § | |

# **O R D E R**

The Court GRANTS the State's second motion for extension of time within which to file the brief until **February 11, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Bill D. Hicks, the State's attorney, prepare the State's brief and forward the same to this Court on or before February 11, 2023.

IT IS SO ORDERED this 17th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.